

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-23-00180-CR

_____


DAKOTA MANGUM, Appellant

V.

THE STATE OF TEXAS, Appellee


On Appeal from the County Court at Law
Bowie County, Texas
Trial Court No. 22M0422-CCL


Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

## MEMORANDUM OPINION

Appellant, Dakota Mangum, has filed a motion to dismiss this appeal. The motion was signed by both Mangum and his appellate counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion. *See id.*

Accordingly, we dismiss this appeal.

Scott E. Stevens
Chief Justice

Date Submitted:    December 13, 2023
Date Decided:    December 14, 2023

Do Not Publish